IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC JOSEPH NORDQUIST,

   *Plaintiff*,

v.                                       Case No.: 4:23cv417-MW/MAF

DR. VICTORIA LAWSON, et al.,

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED** on December 4, 2023.

                                                s/Mark E. Walker_____
                                                **Chief United States District Judge**